IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                                  CASE NO. 1:08-cv-00083-MP-AK

1997 GMC TRUCK,

   Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 10, Motion to Stay, filed by the United States of America.  The Government represents that the forfeiture at issue in this proceeding will likely be resolved in an underlying criminal case against Minerva Agatha Quintana and William J. Erickson, 1:08-cr-00010-SPM-AK.  Counsel for Ms. Quintana and Mr. Erickson agree that the stay should be entered.  The Court finds that a stay is necessary to protect the defendants' right against self-incrimination and the Government's ability to prosecute the related criminal case.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion at Doc. 10 is GRANTED.  Pursuant to 18 U.S.C. § 981(g), the proceedings are stayed until such time as the criminal matter currently pending against Minerva Agatha Quintana and William J. Erickson is resolved.  The clerk is directed to stay the proceedings in accordance with this Order.

**DONE AND ORDERED** this  *18th* day of September, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge